IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JIM HOOD, ATTORNEY GENERAL OF THE
STATE OF MISSISSIPPI, *ex rel.* THE STATE
OF MISSISSIPPI                                                                                      PLAINTIFF

vs.                                                              Civil Action No.:   3:15-cv-317-HTW-LRA

FRED CANNON, *et al.*                                                                          DEFENDANTS

### MOTION OF DEFENDANTS VINOD KHOSLA, KFT TRUST, VINOD KHOSLA, TRUSTEE, VNK MANAGEMENT LLC, VK SERVICES, LLC, KHOSLA VENTURES, LLC, KHOSLA VENTURES ASSOCIATES II, LLC, KHOSLA VENTURES II, LP, KHOSLA VENTURES III, L.P., KHOSLA VENTURES ASSOCIATES III, LLC, SAMIR KAUL, AND DENNIS CUNEO FOR ADDITIONAL TIME TO RESPOND

Defendants Vinod Khosla, KFT Trust, Vinod Khosla, Trustee, VNK Management LLC, VK Services, LLC, Khosla Ventures, LLC, Khosla Ventures Associates II, LLC, Khosla Ventures II, LP, Khosla Ventures III, L.P., Khosla Ventures Associates III, LLC, Samir Kaul, and Dennis Cuneo, thru their undersigned counsel of record, move the court to extend the due date for filing their responsive pleadings, including any Fed.R.Civ.P. 12 motions and defenses (none of which is deemed waived, and all of which are expressly preserved by this request for relief, other than objections related to service of process), until fifteen (15) day after entry of orders granting or denying the pending motions to transfer venue (Doc. 8) and remand (Doc. 11). These Defendants are advised that Plaintiff has no objection to this request for relief

RESPECTFULLY SUBMITTED on this 19th day of May, 2015.

                                        VINOD KHOSLA, KFT TRUST, VINOD
                                        KHOSLA, TRUSTEE, VNK MANAGEMENT
                                        LLC VK SERVICES, LLC, KHOSLA
                                        VENTURES, LLC, KHOSLA VENTURES

                    ASSOCIATES II, LLC, KHOSLA VENTURES II, LP, KHOSLA VENTURES III, L.P., KHOSLA VENTURES ASSOCIATES III, LLC, SAMIR KAUL, AND DENNIS CUNEO
Defendants

By: */s/ Roy D. Campbell, III*
    Roy D. Campbell, III [MSB #5562]
    rcampbell@babc.com

BRADLEY ARANT BOULT CUMMINGS LLP
Suite 400, One Jackson Place
188 East Capitol Street
PO Box 1789
Jackson, MS 39215-1789
Telephone: (601) 948-8000
Facsimile: (601) 948-3000

## **CERTIFICATE OF SERVICE**

I, Roy D. Campbell, III, hereby certify that on this 19th day of May, 2015, I served the foregoing on all counsel of record via the Court's ECF system:

                                              *s/ Roy D. Campbell, III*
                                              Roy D. Campbell, III