IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| JIM HOOD, ATTORNEY GENERAL OF THE STATE OF MISSISSIPPI, *ex rel.* THE STATE OF MISSISSIPPI | PLAINTIFF |
| v. | CIVIL ACTION NO. 3:15-cv-317-HTW-LRA |
| FRED CANNON, CHRISTOPHER ARTZER, ANDRE DITSCH, JOHN HACSKAYLO, DENNIS CUNEO, RALPH ALEXANDER, WILLIAM ROACH, GARY L. WHITLOCK, SAMIR KAUL, VINOD KHOSLA, VK SERVICES, LLC, KHOSLA VENTURES LLC, KHOSLA VENTURES ASSOCIATES II, LLC, KHOSLA VENTURES II, L.P., KHOSLA VENTURES III, L.P., KFT TRUST, VINOD KHOSLA, TRUSTEE, KHOSLA VENTURES ASSOCIATES III, LLC, AND VNK MANAGEMENT, LLC | DEFENDANTS |

## MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING BY DEFENDANTS CANNON, ARTZER, DITSCH, AND HACSKAYLO

Defendants Cannon, Artzer, Ditsch, and Hacskaylo ("Defendants"), through their undersigned counsel of record, move this Court for an extension of the due date for filing their respective responsive pleadings, including any Fed. R. Civ. P. 12 motions and defenses (none of which is deemed waived, and all of which are expressly preserved by this request for relief, other than objections related to service of process), until fifteen (15) day after entry of orders granting or denying the pending motions to transfer venue (Doc. 8) and remand (Doc. 11). These Defendants are advised that Plaintiff has no objection to this request for relief.

38168535_1

1

RESPECTFULLY SUBMITTED, this 19<u>th</u> day of May, 2015.

                         **FRED CANNON, CHRISTOPHER A. ARTZER, ANDRE DITSCH, JOHN HACSKAYLO**

              By:     */s/ Benjamin B. Morgan*
                        William C. Brabec (MSB #4240)
                        Benjamin B. Morgan (MSB #103663)
                        Adams and Reese LLP
                        1018 Highland Colony Parkway, Suite 800
                        Ridgeland, Mississippi 39157
                        (p) 601-353-3234
                        (f) 601-355-9708
                        bill.brabec@arlaw.com
                        ben.morgan@arlaw.com
                        *Attorneys for Defendants Fred Cannon, Christopher A. Artzer, John Hacskaylo, and Andre Ditsch*

## **CERTIFICATE OF SERVICE**

I, Benjamin B. Morgan, do hereby certify that I have this day via the Court's ECF Filing System, caused a true and correct copy of the foregoing document to be sent to all counsel of record.

Dated:  May 19th, 2015

                                     */s/ Benjamin B. Morgan*
                                     Benjamin B. Morgan