IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JIM HOOD, ATTORNEY GENERAL OF
THE STATE OF MISSISSIPPI, ex rel.
THE STATE OF MISSISSIPPI                                                            **PLAINTIFF**

vs.                                               Civil Action No.: 3:15-cv-317-HTW-LRA

FRED CANNON, CHRISTOPHER A. ARTZER,
ANDRE DITSCH, JOHN HACSKAYLO,
DENNIS CUNEO, RALPH ALEXANDER,
WILLIAM ROACH, GARY L. WHITLOCK,
SAMIR KAUL, VINOD KHOSLA, VK SERVICES, LLC,
KHOSLA VENTURES, LLC, KHOSLA VENTURES
ASSOCIATES II, LLC, KHOSLA VENTURES II, L.P.,
KHOSLA VENTURERS III, L.P., KFT TRUST,
VINOD KHOSLA, TRUSTEE, KHOSLA VENTURES
ASSOCIATES III, LLLC and VNK MANAGEMENT, LLC                **DEFENDANTS**

### DEFENDANTS RALPH ALEXANDER, GARY L. WHITLOCK, AND WILLIAM ROACH'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

Defendants Ralph Alexander, Gary L. Whitlock, and William Roach ("Defendants"), by and through the undersigned counsel, move the court to extend the due date for filing their responsive pleadings, including any Fed.R.Civ.P. 12 motions and defenses (none of which is deemed waived, and all of which are expressly preserved by this request for relief, other than objections related to service of process), until fifteen (15) day after entry of orders granting or denying the pending motions to transfer venue (Doc. 8) and remand (Doc. 11). These Defendants are advised that Plaintiff has no objection to this request for relief.

**RESPECTFULLY** submitted this the 19th day of May, 2015.

RALPH ALEXANDER, GARY L. WHITLOCK, AND
WILLIAM ROACH, DEFENDANTS

*/s/ Leah N. Ledford*
**LEAH N. LEDFORD**

1

**OF COUNSEL:**
**SCOTT, SULLIVAN, STREETMAN & FOX, P.C.**
James P. Streetman, III (MSB # 7973)
Leah N. Ledford (MSB # 101394)
725 Avignon Drive
Ridgeland, MS 39157
P.O. Box 13847
Jackson, MS 39236-3847
(601) 607-4800 (Telephone)
(601) 607-4801 (Facsimile)
jstreetman@sssf-ms.com
lledford@sssf-ms.com

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

      **THIS** the 19th day of May, 2015.

*/s/ Leah N. Ledford*