IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JIM HOOD, ATTORNEY GENERAL OF
THE STATE OF MISSISSIPPI, *ex rel.* THE
STATE OF MISSISSIPPI                                                              PLAINTIFF

v.                                                       CIVIL ACTION NO. 3:15-cv-317-HTW-LRA

FRED CANNON, CHRISTOPHER
ARTZER, ANDRE DITSCH, JOHN
HACSKAYLO, DENNIS CUNEO, RALPH
ALEXANDER, WILLIAM ROACH, GARY
L. WHITLOCK, SAMIR KAUL, VINOD
KHOSLA, VK SERVICES, LLC, KHOSLA
VENTURES LLC, KHOSLA VENTURES
ASSOCIATES II, LLC, KHOSLA
VENTURES II, L.P., KHOSLA
VENTURES III, L.P., KFT TRUST,
VINOD KHOSLA, TRUSTEE, KHOSLA
VENTURES ASSOCIATES III, LLC, AND
VNK MANAGEMENT, LLC                                                              DEFENDANTS

**AGREED ORDER**

Defendants Cannon, Artzer, Ditsch, and Hacskaylo ("Defendants"), through their undersigned counsel of record, move this Court for an extension of the due date for filing their respective responsive pleadings, including any Fed. R. Civ. P. 12 motions and defenses (none of which is deemed waived, and all of which are expressly preserved by this request for relief, other than objections related to service of process), until fifteen (15) day after entry of orders granting or denying the pending motions to transfer venue (Doc. 8) and remand (Doc. 11). Plaintiff has no objection to that motion and the Court is of the opinion that it should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the motion [28] is granted, and the due date for Defendants Fred Cannon, Christopher Artzer, Andre Ditsch, and John Hacskaylo to file their responsive pleadings, including any Fed.R.Civ.P. 12 motions and defenses (none of which is deemed waived by that request for relief, other than objections related to service of process), is fifteen (15) days after entry of orders granting or denying the pending motions to transfer venue and remand.

SO ORDERED, this the 19th day of May, 2015.

S/ Linda R. Anderson_____
UNITED STATES MAGISTRATE JUDGE

AGREED TO BY:

/s/ William M. Quin, II_____
William M. Quin, II (MSB #9821)
*Attorney for Plaintiff*

*/s/ Benjamin B. Morgan*_____
Benjamin B. Morgan (MSB #103663)
*Attorney for Defendants Fred Cannon, Christopher A. Artzer,*
*John Hacskaylo, and Andre Ditsch*