IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JIM HOOD, ATTORNEY GENERAL OF THE
STATE OF MISSISSIPPI, *ex rel.* THE STATE
OF MISSISSIPPI                                                                                  PLAINTIFF

vs.                                                                    Civil Action No.:   3:15-cv-317-HTW-LRA

FRED CANNON, *et al.*                                                                 DEFENDANTS

## AGREED ORDER

Defendants Ralph Alexander, Gary L. Whitlock, and William Roach have moved the court to extend the due date for filing their responsive pleadings, including any Fed.R.Civ.P. 12 motions and defenses (none of which is deemed waived by that request for relief, other than objections related to service of process), until fifteen (15) days after entry of orders granting or denying the pending motions to transfer venue (Doc. 8) and remand (Doc. 11).  Plaintiff has no objection to that motion and the Court is of the opinion that it should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the motion [29] is granted, and the due date for Defendants Ralph Alexander, Gary L. Whitlook, and William Roach, to file their responsive pleadings, including any Fed.R.Civ.P. 12 motions and defenses (none of which is deemed waived by that request for relief, other than objections related to service of process), is fifteen (15) days after entry of orders granting or denying the pending motions to transfer venue and remand.

SO ORDERED, this the 19th day of May, 2015.

S// Linda R. Anderson       _____
UNITED STATES MAGISTRATE JUDGE

1

4/450732.1