IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Certified as a true copy and issued
as the mandate on Jan 27, 2017

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 16-60614

A True Copy
Certified order issued Sep 21, 2016

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

In re: ATTORNEY GENERAL JIM HOOD, The State of Mississippi, ex rel. The State of Mississippi,

    Petitioner

Petition for a Writ of Mandamus to the
Southern District of Mississippi, Jackson

Before JOLLY, DAVIS and SOUTHWICK, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the petition for writ of mandamus is GRANTED to the following extent: Judge Wingate is directed to deliver this case to the Chief Judge of the Southern District of Mississippi for reassignment.

LESLIE H. SOUTHWICK, Circuit Judge, dissenting:

    Because I find the authority to order reassignment of a case that is in this procedural posture uncertain, and because I believe a more efficient means to cause the case either to be remanded to state court or to be transferred to bankruptcy court would be to order the district court to rule by a date certain, I respectfully dissent.