# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

January 27, 2017

Mr. Arthur S. Johnston III  
Southern District of Mississippi, Jackson  
United States District Court  
501 E. Court Street  
Suite 2.500  
Jackson, MS 39201

 No. 16-60614    In re: Jim Hood
                 USDC No. 3:15-CV-317

Dear Mr. Johnston,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: Sabrina B. Short
Sabrina B. Short, Deputy Clerk
504-310-7817

cc:
 Mr. William Charles Brabec
 Mr. Roy D. Campbell III
 Mr. James M. Hood III
 Mrs. Leah N. Ledford
 Mr. W. Thomas McCraney III
 Mr. Kiprian Edward Mendrygal
 Mr. James Douglas Minor Jr.
 Mr. Benjamin Blue Morgan
 Mr. Geoffrey C. Morgan
 Mr. George Waddell Neville
 Mr. Douglas Cole Noble
 Mr. William Monroe Quin II